# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH DUARTE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive, <br><br> Defendant. | Case No. SACV 13-00492-JLS (RNBx) <br><br> **JUDGMENT** <br><br> Judge: Josephine L. Staton <br> Ctrm.: 10A (Santa Ana) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Judgment shall be entered in favor of Ruth Duarte ("Plaintiff") and against Defendant Aetna Life Insurance Company ("Aetna") as follows:

1. Plaintiff was insured under a disability insurance policy issued by Aetna in which Plaintiff was a participant. The plan provided short-term ("STD") and long-term disability ("LTD") benefits.

2. Plaintiff's pre-disability annual base salary for benefits purposes was $139,602.

1       3.     Pursuant to the Findings of Fact and Conclusions of Law (Docket No. 33), the Court has ruled that Plaintiff is entitled to short-term disability benefits from Aetna from August 3, 2012, through December 2, 2012.

      4.     There is a seven-day elimination period. After that, the benefit amount is $2,147.72 per week (80% weekly rate) for twelve weeks. After that, $1,610.79 per week (60% weekly rate) is payable for thirteen more weeks. After that, the benefit is $6,980.10 (60% monthly rate) per month.

      5.     From August 3, 2012, through September 2, 2012, the benefits due are $2,147.72 per week less $1,011.00 received by Plaintiff from California State Disability ("SDI"). The first weekly period is four days, so that week the amount due after the SDI offset is $216.27 (($2,147.72 * 4 / 7) - $1,011). The amount due for the next four weeks after the SDI offset is $1,136.72 per week ($2,147.72 - $1,011), for a total of $4,546.89 ($1,136.72 * 4). The total owed by Aetna for August 3, 2012, through September 2, 2012, is therefore $4,763.16 ($216.27 + $4,546.89).

      6.     From September 3, 2012, through December 2, 2012, the benefits due are $1,610.79 per week less $1,011.00 received by Plaintiff from California State Disability, for a net weekly amount of $599.79 ($1,610.79 - $1,011.00). The total owed by Aetna for September 3, 2012, through December 2, 2012, is therefore $7,797.30 ($599.79 * 13).

      7.     The net amount of STD benefits owed to Plaintiff by Aetna is therefore $12,560.46 ($4,763.16 + $7,797.30).

      8.     Therefore, the Court orders Judgment in favor of Plaintiff and against Aetna on the STD benefits in the amount of $12,560.46.

      9.     As for LTD benefits, the Court has ruled that the determination of LTD benefits is remanded to Aetna so that it can re-review Plaintiff's medical evidence and determine, in good faith, whether she qualifies for LTD benefits.

10. Plaintiff is granted leave to file a motion for attorneys' fees, costs, and interest.

**SO ORDERED:**

DATED: May 19, 2014

*[signature]*

_____

Honorable Josephine L. Staton
United States District Judge